# EXHIBIT A

**FILED**

APR 26 2022

Snohomish County District Court
South Division

| IN THE DISTRICT COURT OF <br> **Snohomish** COUNTY, WASHINGTON | |
|---|---|
| PLAINTIFF'S NAME <br> Faten Anwar | SMALL CLAIM # **S22-0100** |
| ADDRESS <br> 2732 197TH LN SW LOT 31 | |
| CITY          STATE          ZIP <br> Lynnwood       WA      98036 | **NOTICE OF SMALL CLAIM** |
| HOME PHONE NO <br> 2065339412 | WORK PHONE NO. |

VS.

| DEFENDANT'S NAME <br> USPS | DEFENDANT'S NAME |
|---|---|
| ADDRESS <br> 475 L'Enfant Plaza SW | ADDRESS |
| CITY          STATE          ZIP <br> Washington DC           20260 | CITY          STATE          ZIP |
| PHONE NO. <br> 202-268-2000 | PHONE NO. |

**YOU ARE HEREBY NOTIFIED** that the above named Plaintiff has filed a claim against you amounting to $_____ ; the reasons for which are stated below.

**YOU ARE HEREBY FURTHER NOTIFIED** to be and appear at _____ County District Court _____ [address] _____ [city] Washington on _____ [Date], at _____ a.m../p.m. for ☐ **PRE-TRIAL** ☐ **TRIAL**. You are to bring with you any and all papers, contracts and proof needed by you to establish or defend this claim. At the time of trial you must bring any witnesses who will testify on your behalf.

Notice of Small Claim - Page 1 of 2
MISC 05.0100 (6/2004) RCW 12.40.020, .050. .060, .070

Exhibit A to Notice of Removal
Page 1 of 2

**YOU ARE FURTHER NOTIFIED** that if you fail to personally appear as directed, a Judgment may be entered against you for the amount claimed, plus Plaintiff's costs of filing and service of the claim upon you. Plaintiff must also appear if a Judgment is to be entered. If Plaintiff fails to appear, the claim may be dismissed. If this claim is settled prior to the hearing date, the parties must notify the Court immediately, in writing.

_____
Clerk

Small Claim # _____

## STATEMENT OF CLAIM

I, Faten Anwar_____, the undersigned plaintiff, declare that the defendant named above owes me the sum of $ 1000_____, which became due and owing on 04/18/2022_____ [Date].

The amount owed is for:

☐ Faulty Workmanship   ☐ Merchandise   ☐ Auto Damages-Date of Accident _____

☐ Wages   ☐ Loan   ☐ Return of Deposit   ☐ Rent   ☐ Property Damage

☑ Other: Non-return of a signed by recipient return receipt and failure to address the problem when reported

Explain reason for claim: I purchased a certified priority mail with return receipt for a flat rate priority mail envelope that included court documents and a money order for filing fees (Exhibit #1) on the 15th of November, 2021 at the Lynnwood post office (3715 196th ST SW Suite #101, Lynnwood WA, 98036). The tracking number for the priority mail envelope is 70210350000226420648 and the tracking number for the associated return receipt is 9590940260850125633108 (exhibit#1).

Then comes the serious problem, the return receipt that should have been affixed to the priority envelope and should have accompanied it to the NY destination has a very different tracking from the envelope itself when you compare exhibit #2 to exhibits #5&11&13. On January 7th, I filed a missing mail tracing request (#13614869) with the USPS as shown in exhibit #6.

The search that the USPS office initiated pursuant to my search request (#13614869) has failed to provide me with a signed by recipient return receipt (exhibits #7). I filed a complaint with the USPS OIG office on April 11th (exhibit #9) which they forwarded to the local consumer and industry contact office on the 12th (exhibit #9); the response I got from said office (exhibit # 10) is problematic because in it, they falsely claim that the item was delivered which is contradictory to all the facts as per exhibit #7& 11&13 which clearly show that the item has not been delivered. To this date, I have not received a signed by recipient return receipt.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at **Lynnwood**, [City] **WA** [State] on **04/26/2022** [Date].

_____                    **Faten Anwar**
Signature                                    Print or Type Name

Notice of Small Claim - Page 2 of 2
MISC 05.0100 (6/2004) RCW 12.40.020, .050. .060, .070