# EXHIBIT A

**State of Washington**
**Snohomish County District Court**
☐Cascade  ☐Evergreen  ☐Everett  ☒South

No. _____ 522 _____

Anway Floyd

**Small Claim Pre-Trial Order**

Plaintiff(s) / Petitioner(s)
vs.

USPS

Snohomish County District Court
South Division
20520 68th Avenue W
Lynnwood, WA 98036

Defendant(s)

Trial Date: 4 OCT 2022 _____ at 1 30 am / pm.

**Mandatory appearance:** If you are a plaintiff and you do not appear on the date and time set for trial, your case will be dismissed. If the defendant has filed a counterclaim, trial will be held on that claim without you. If you are a defendant and you do not appear on the date and time set for trial, the trial will take place without you and any counterclaim will be dismissed.

**Changing the Trial Date:** The trial date will not be changed except in cases of extreme emergency. A party requesting a change in the trial date must comply with the Civil Rules for Courts of Limited Jurisdiction (CRLJ), including proper filing, noting for hearing and service of the motion to continue. Court rules may be found at *www.courts.wa.gov/court_rules*.

**Evidence for Use at Trial:** If you intend to present exhibits (documents, photos or video) in addition to testimony, you must serve copies on the opposing party at least 14 days prior to your trial date. Failure to comply may result in the trial Judge excluding your exhibits. You must also file a copy of your proposed exhibits with the Court at least 14 days prior to your trial date. Any exhibits admitted into evidence by the Judge at trial will remain in the Court file.

Other: _____

Date 19 Jul 2022

Judicial Officer

Plaintiff  Remote

Defendant  Remote

# IN THE DISTRICT COURT OF SNOHOMISH COUNTY, WASHINGTON

**FATEN ANWAR**

> *Plaintiff(s) / Petitioner(s)*

v.                                                                                  Case No.: S22-0100

**USPS**

> *Defendant(s) / Respondent(s)*

**FILED**

## AFFIDAVIT OF SERVICE

JUL 0 5 2022

Snohomish County District Court
South Division

I, Yanitza Velázquez, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on USPS in DC on June 28, 2022 at 10:59 am at 475 L'Enfant Plaza SW, Washington, DC 20260 by leaving the following documents with Tiffany Smith who as Law Department Employee is authorized by appointment or by law to receive service of process for USPS.

SMALL CLAIMS CASE S22-0100
EXHIBIT 1
EXHIBIT 2
EXHIBIT 5
EXHIBIT 6
EXHIBIT 7
EXHIBIT 9
EXHIBIT 10
EXHIBIT 11
EXHIBIT 13
EXHIBIT 14 PAGE 1
EXHIBIT 14 PAGE 4
EXHIBIT 14 PAGE 3
EXHIBIT 14 PAGE 5
EXHIBIT 14 PAGE 6
EXHIBIT 14 PAGE 2

Additional Description:
Tiffany Smith received documents at the lobby. The security guard called the Law Department.

Black or African American Female, est. age 30, glasses: N, Brown hair, 120 lbs to 140 lbs, 5' to 5' 3".
Geolocation of Serve: http://maps.google.com/maps?q=38.8836194236,-77.0259084459
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Job #142872                                                                              Page 1

Executed in __Montgomery County__,

__MD__ on __7/1/2022__.

/s/ *Yanitza Velázquez*
Signature
Yanitza Velázquez
(939) 303-6696

# Exhibit 1



Exhibit 1a)

Exhibit 1b)



FILED

JUN 2 1 2022

Snohomish County District Court
South Division

**Small Claim # S22-0100 Exhibit # 14 page 1 of 6**

The USPS repeated its action of delivering a priority mail envelope without returning the return receipt back to me in the new incident described below:

I purchased a certified priority mail with return receipt for a flat rate priority mail envelope that included court documents on the 29th of April 2022 at the Lynnwood post office (6817 208th ST SW, Lynnwood WA, 98036). The tracking number for the priority mail envelope is 70210950000137223011(exhibit #14 page 2). Also, per exhibit #14, page 2, you will see the tracking number for the associated return receipt, which is 9590940273582028441019.

Then comes the serious problem, the return receipt that should have been affixed to the priority envelope and should have accompanied it to its destination has a very different tracking from the envelope itself when you compare exhibit 14 pages #3 &4. The return receipt never made it to my mailbox to this date. On May 22nd, 2022, I filed a missing mail tracing request (#14473673) with the USPS as shown in exhibit #14 page 5.

The search that the USPS office initiated pursuant to my search request (#14473673) has failed to provide me with a signed by recipient return receipt to the date of this filing. I filed a complaint with the USPS OIG office on the 4th of June 2022, which they forwarded to the local consumer and industry office on the 6th of June (exhibit #14 page 6); to this date, the local consumer and industry office has not resolved this problem.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Exhibit # 14 Page 2 of 6
Small Claim # 522-0100



## UNITED STATES POSTAL SERVICE.

LYNNWOOD
6817 208TH ST SW
LYNNWOOD, WA 98036-9998
(800)275-8777

04/29/2022                          12:26 PM
- - - - - - - - - - - - - - - - - - - - - - - -
Product          Qty    Unit      Price
                        Price
- - - - - - - - - - - - - - - - - - - - - - - -
Priority Mail® 2-Day 1            $8.95
Flat Rate Env
   Newark, DE 19702
   Flat Rate
   Expected Delivery Date
      Mon 05/02/2022
   Certified Mail®                $3.75
      Tracking #:
         70210950000137223011
   Return Receipt                 $3.05
      Tracking #:
         9590 9402 7358 2028 4410 19
Total                            $15.75

- - - - - - - - - - - - - - - - - - - - - - - -

Grand Total:                     $15.75
- - - - - - - - - - - - - - - - - - - - - - - -
Cash                             $20.75
Change                           -$5.00
- - - - - - - - - - - - - - - - - - - - - - - -

*********************************************
    Every household in the U.S. is now
    eligible to receive a second set
         of 4 free test kits.
       Go to www.covidtests.gov
*********************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message

Exhibit #14 Page 3 of 6
Small Claim #522-0100



Tracking Number: 9590940273582028441019

A search has been initiated on your item as of 9:04 pm on May 22, 2022. The **Missing Mail Search Request ID** for your item is 14473673.

USPS Tracking Plus® Available ∨

## Status

**Missing Mail Search Request Initiated,**
**Missing Mail Search Request ID 14473673**

May 22, 2022 at 9:04 pm

Get Updates ∨

Alert

## Text & Email Updates

## Tracking History

**May 22, 2022, 9:04 pm**
Missing Mail Search Request Initiated, Missing Mail Search Request ID 14473673
A search has been initiated on your item as of 9:04 pm on May 22, 2022. The Missing Mail Search Request ID for your item is 14473673.

**April 28, 2022, 12:24 pm**
Return Receipt Associated

Exhibit 14 Page 4 of 6
Small claim # 522-0100

Your item was delivered to an individual at the address at 2:29 pm on May 2, 2022 in NEWARK, DE 19702.

USPS Tracking Plus® Available ∨

## ⊘ Delivered, Left with Individual

May 2, 2022 at 2:29 pm
NEWARK, DE 19702

Get Updates ∨

Delivered

Text & Email Updates                                            ⟩

Tracking History                                               ⟩

USPS Tracking Plus®                                            ⟩

Product Information                                            ⟨

Postal Product:          Features:
Priority Mail®           Certified Mail™
                         Up to $50 insurance included. Restrictions Apply ⓘ

See tracking for related item: 9590940273582028441019

See Less ∧

Feedback

Exhibit # 14 Page 5 of 6
Small claim # 522-0100



## USPS - Search Request Received

This message is from a trusted sender.

auto-reply@usps.gov
To: fatenanwar@msn.com

Sun 5/22/2022 7:04 PM

**≡USPS.COM**

Search ID #14473673

**Dear Faten Anwar,**
**Thank you for using     USPS     .com.**

Thank you for your inquiry. We apologize for any inconvenience you may have experienced. Items that meet the US Postal Service®® search guidelines will be searched for, and if found, forwarded to the address you provided.

**Search Request Details:**
Request Date: 05/22/2022
Reference: Search ID #14473673
Tracking Number: 9590940273582028441019

Thank you for your patience.

Thank you for using the U.S. Postal Service®.

Exhibit #14 Page 6 of 6
Small claim #522-0100



OIG <noreply@usdoig.gov>
to me

After careful review, we have determined the U.S. Postal Service Consumer and Industry Contact Office is the proper office to handle your concern. We have forwarded this inquiry to your local consumer affairs office for direct response to you.

Please direct all further inquiries to the office noted below. We have no further information to provide now that your concern has been forwarded.

For further information, please contact:

USPS Consumer and Industry Contact Office
34301 9th Ave S Ste 304 Federal Way, WA 98003-7091
(253) 214-1800 *Cor (800) ASK-USPS (800-275-8777)©

Thank you for contacting the Postal Service Office of Inspector General Hotline

Sincerely,
The OIG Hotline Team Submitted On Saturday, June 4, 2022 18:15
Submission ID: 269939
I am a___ USPS Customer
Do you wish to remain anonymous?: No
Do you want confidentiality?: No
Are you willing to be interviewed?: Yes
Full Name: Faten Anwar
Street Address: 2732 197TH LN SW LOT 31
City: Lynnwood
State: WA
Zip Code: 98036
Primary Phone Number: 2065339412
Secondary Phone Number:
E-mail Address: fatenaabdelmaksoud@gmail.com
When did the misconduct occur?: 2022-04-29
Who committed the alleged misconduct/wrongdoing?
Most likely a USPS employee
What are the facts?
I mailed a certified priority mail letter including court papers on April 29th, 2022 (Exhibit # 1). I purchased the postage at the Lynnwood, WA post office located at 6817 208th ST SW, Lynnwood WA 98036. I haven't received a signed return receipt to this date
The tracking number for the return receipt shows to be missing (Exhibits #2 & 3). I submitted a USPS search request on May 22nd ( Exhibit #4). To this date, the return receipt remains missing.
Where did the misconduct/wrongdoing occur?
Somewhere along the transit path of the shipment
How was the misconduct/wrongdoing committed?
The return receipt didn't make it to my address
Do you have first-hand knowledge of the misconduct/wrongdoing?
I am the sender of the priority mail letter
Where can we obtain additional information concerning the misconduct/wrongdoing?
USPS Search ID 9114720213.USPS tracking # 9590940273542023441019

Jun 6, 2022, 10:23 AM

**FILED**

APR 2 6 2022

Snohomish County District Court
South Division

| IN THE DISTRICT COURT OF<br>_Snohomish_ COUNTY, WASHINGTON | |
|---|---|
| PLAINTIFF'S NAME<br><br>Faten Anwar | SMALL CLAIM # S 22-0100 |
| ADDRESS<br>2732 197TH LN SW LOT 31 | **NOTICE OF SMALL CLAIM** |
| CITY                          STATE          ZIP<br><br>Lynnwood                    WA          98036 | |
| HOME PHONE NO               WORK PHONE NO.<br>2065339412 | |

VS.

| DEFENDANT'S NAME<br>USPS | DEFENDANT'S NAME |
|---|---|
| ADDRESS<br><br>475 L'Enfant Plaza SW | ADDRESS |
| CITY                          STATE          ZIP<br>Washington DC                           20260 | CITY                          STATE          ZIP |
| PHONE NO.<br>202-268-2000 | PHONE NO. |

**YOU ARE HEREBY NOTIFIED** that the above named Plaintiff has filed a claim against you amounting to $_____ ; the reasons for which are stated below.

**YOU ARE HEREBY FURTHER NOTIFIED** to be and appear at _____ County District Court _____ [address] _____ [city] Washington on _____ [Date], at _____ a.m./p.m. for ☐ **PRE-TRIAL** ☐ **TRIAL**. You are to bring with you any and all papers, contracts and proof needed by you to establish or defend this claim. At the time of trial you must bring any witnesses who will testify on your behalf.

Notice of Small Claim - Page 1 of 2
MISC 05.0100 (6/2004) RCW 12.40.020, .050. .060, .070

**YOU ARE FURTHER NOTIFIED** that if you fail to personally appear as directed, a Judgment may be entered against you for the amount claimed, plus Plaintiff's costs of filing and service of the claim upon you. Plaintiff must also appear if a Judgment is to be entered. If Plaintiff fails to appear, the claim may be dismissed. If this claim is settled prior to the hearing date, the parties must notify the Court immediately, in writing.

_____

Clerk

**Small Claim #** _____

## STATEMENT OF CLAIM

I, Faten Anwar_____ , the undersigned plaintiff, declare that the defendant named above owes me the sum of $ 1000_____ , which became due and owing on 04/18/2022_____ [Date].

The amount owed is for:

☐ Faulty Workmanship   ☐ Merchandise   ☐ Auto Damages-Date of Accident _____

☐ Wages   ☐ Loan   ☐ Return of Deposit   ☐ Rent   ☐ Property Damage

☑ Other: Non-return of a signed by recipient return receipt and failure to address the problem when reported

Explain reason for claim: I purchased a certified priority mail with return receipt for a flat rate priority mail envelope that included court documents and a money order for filing fees (Exhibit #1) on the 15th of November, 2021 at the Lynnwood post office (3715 196th ST SW Suite #101, Lynnwood WA, 98036). The tracking number for the priority mail envelope is 70210350000226420648 and the tracking number for the associated return receipt is 95909402608501256333108 (exhibit#1).

Then comes the serious problem, the return receipt that should have been affixed to the priority envelope and should have accompanied it to the NY destination has a very different tracking from the envelope itself when you compare exhibit #2 to exhibits #5&11&13. On January 7th, I filed a missing mail tracing request (#13614869) with the USPS as shown in exhibit #6.

The search that the USPS office initiated pursuant to my search request (#13614869) has failed to provide me with a signed by recipient return receipt (exhibits #7). I filed a complaint with the USPS OIG office on April 11th (exhibit #9) which they forwarded to the local consumer and industry contact office on the 12th (exhibit #9); the response I got from said office (exhibit # 10) is problematic because in it, they falsely claim that the item was delivered which is contradictory to all the facts as per exhibit #7& 11&13 which clearly show that the item has not been delivered. To this date, I have not received a signed by recipient return receipt.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at  Lynnwood , [City]  WA  [State] on 04/26/2022 [Date].

_____                    Faten Anwar
Signature                                          Print or Type Name

Notice of Small Claim - Page 2 of 2
MISC 05.0100 (6/2004) RCW 12.40.020, .050. .060, .070

*Exhibit #1*



# UNITED STATES
# POSTAL SERVICE.

ALDERWOOD MANOR
3715 196TH ST SW STE 101
LYNNWOOD, WA 98036-9997
(800)275-8777

11/15/2021                          12:50 PM

-------------------------------------------
Product              Qty    Unit      Price
                            Price
-------------------------------------------

Priority Mail® 2-Day 1                $8.70
Flat Rate Env
  Brooklyn, NY 11201
  Flat Rate
  Expected Delivery Date
    Thu 11/18/2021
  Certified Mail®                     $3.75
    Tracking
      7021  0000226420648
    Return Receipt                    $3.05
    Tracking #:
      9590 9402 6085 0125 6331 08
Total                                $15.50

-------------------------------------------

Grand Total:                         $15.50

-------------------------------------------

Cash                                 $20.50
Change                               -$5.00

-------------------------------------------

*******************************************
***** ...rioneing unprecedented volume

Exhibit #2.

**Tracking Number:** 70210350000226420648

Your item was delivered to the front desk, reception area, or mail room at 3:40 pm on November 17, 2021 in BROOKLYN, NY 11201.

## USPS Tracking Plus™ Available ∨

### Status

⊘ **Delivered, Front Desk/Reception/Mail Room**

November 17, 2021 at 3:40 pm
BROOKLYN, NY 11201

Get Updates ∨

**Text & Email Updates**                                    ∨

**Tracking History**                                        ∨

**USPS Tracking Plus™**                                     ∨

**Product Information**                                     〉

| Postal Product: | Features: |
| Priority Mail® | Certified Mail™ |

See tracking for related item: 9590940260085012563108

Delivered

Exhibit #5

Tracking Number: 9590940260850125633108

A search has been initiated on your item as of 11:20 am on January 7, 2022. The **Missing Mail Search Request** ID for your item is 13614869.

USPS Tracking Plus™ Available ⌄

## Status

**Missing Mail Search Request Initiated, Missing Mail Search Request ID 13614869**

January 7, 2022 at 11:20 am

Get Updates ⌄

Alert

Text & Email Updates                                  ⌄

Tracking History                                      ⌄

USPS Tracking Plus™                                   ⌄

Product Information                                   ⟨

Postal Product:                    Features:
First-Class Package Service - Retail    Return Receipt
                                   USPS Tracking®

See tracking for related item: 70210350000226420648

Exhibit #7



Search ID #13614869

*USPS.COM*

**Dear Faten Anwar,**
**Thank you for using USPS.com.**

The US Postal Service® received the search request you submitted and it's being processed.
Your package has not yet been recovered, but every effort is being made to locate your item(s).

**Search Request Details:**
Request Date: 01/07/2022
Reference: Search ID #13614869
Tracking Number: 9590940260850125633108

We apologize for any inconvenience and thank you for your patience.

Thank you for using the U.S. Postal Service®.

auto-reply@usps.gov
Wed 4/6/2022 10:08 PM
To: fatenanwar@msn.com

It looks like you're using an ad blocker. To maximize the space in your inbox, sign up for Ad-Free Outlook.

Exhibit #9



OIG <oig-mcr@uspsoig.gov>
to me

After careful review, we have determined the U.S. Postal Service Consumer and Industry Contact Office is the proper office to handle your concern. We have forwarded this inquiry to your local consumer affairs office for direct response to you.

Please direct all further inquiries to the office noted below. We have no further information to provide now that your concern has been forwarded.

For further information, please contact.

USPS Consumer and Industry Contact Office
34301 9th Ave S Ste 304 Federal Way, WA 98003-7091
(253) 214-1900 or (800) ASK-USPS (800-275-8777)

Thank you for contacting the Postal Service Office of Inspector General Hotline

Sincerely,
The OIG Hotline Team Submitted On Monday, April 11, 2022 17:23
Submission ID: 256613
I am a... USPS Customer
Do you want anonymity?: No
Do you want confidentiality?: No
Are you willing to be interviewed?: Yes
Full Name: Eden Anwar
Street Address: 2732 197th Ln SW LOT 31
City: Lynwood
State: WA
Zip Code: 98036
Primary Phone Number:
Secondary Phone Number:
E-mail Address: fateneabdennebioub@Gmail.com
When did the misconduct occur?: 2021-11-15
Who committed the alleged misconduct/wrongdoing?
Very likely an employee/employees at the Lynwood WA post office or somewhere along the travel path of the return receipt
What are the facts?
I purchased a certified priority mail with return receipt for a flat rate priority mail envelope that included court documents and a money order for filing fees (Exhibit #1) on the 15th of November, 2021 at the Lynnwood post office (3715 196th ST SW Suite #101, Lynnwood WA, 98036). The tracking number for the priority mail envelope is 70210300220420648 (exhibit #2) Also, per exhibits #182, you will see the tracking number for the associated return receipt, which is 9590940266080512563108. Then comes the serious problem, the return receipt that should have been affixed to the priority envelope and should have accompanied it as the Lynwood post office to the NY destination had a very different tracking from the envelope itself when you compare exhibits #3 &4. The return receipt never made it to my mailbox to this date. On January 7th, I filed a missing mail tracking request (#13614689) with the USPS as shown in exhibit #8 but judging from what unfolded it looks like, it doesn't look good at al. The tracking info for the return receipt as shown in exhibit # 5. The search that the USPS office initiated pursuant to my search request (#13614689) has failed to provide me with a signed by recipient return receipt to this date (exhibit #7)
Where did the misconduct/wrongdoing occur?
The USPS Office located at, 3715 196th ST SW Suite #101, Lynnwood WA, 98036
How was the misconduct/wrongdoing committed?
The post office didn't deliver the envelope to the court in NY and failed to deliver a signed by recipient return receipt to my address
Do you have first-hand knowledge of the misconduct/wrongdoing?
I have documentation of everything mentioned in the body of the complaint (Exhibits #1-6 are part of a complaint filed with the office of the WA AG office file # 910108 As for exhibit #7, it is a communication sent on April 6th, 2022 by the USPS regarding search ID #13614689
Where can we obtain additional information concerning the misconduct/wrongdoing?
"WA AG file #910108 (find through the office of the United States Postal Inspector PO Box 420 Seattle, WA 98111) www.postalinspectors.uspis.gov (877) 876-2455 "USPS search ID #13614689
Who else might be aware of the misconduct/wrongdoing?
WA AG Office file # 910108 United State Postal Inspector PO Box 420 Seattle WA 98111 The USPS search ID #13614689

Exhibit #10



**Your USPS Service Request #37815654 Has Been Resolved! [ ref:_00DjOgYH._500t0zE7HD:ref ]**   Inbox ×

uspscustomersupport@usps.gov
to me ▾

Mon, Apr 18, 4:30 PM (11 hours ago)

**UNITED STATES POSTAL SERVICE®**

Dear Falen Anwar,

Thank you for taking the time to notify us of your experience. Your USPS® Service Request 37815654 has been marked as resolved.

Our records indicate that this item was delivered on 11/17/21. We recommend contacting the person that this item was sent to to inquire about it.

Please accept our sincerest apology for any trouble this may have caused you. We appreciate your business and look forward to serving you again in the future.

Exhibit #11



About 0 results (0.29 seconds)

**Track your package**
Data provided by USPS

Tracking number 9590940260850125633108

● Tracking number created

● In transit
  November 15, 12:47PM

  Out for delivery

  Delivered

⊕ View details on USPS

☏ Call 1-800-275-8777

Exhibit # 13

**Status**

**Missing Mail Search Request Initiated,**
**Missing Mail Search Request ID 13614869**

January 7, 2022 at 11:20 am

Get Updates ∨

Alert

A search has been initiated on your item as of 11:20 am on January 7, 2022. The **Missing Mail Search Request** ID for your item is 13614869.

USPS Tracking Plus® Available ∨

Text & Email Updates                                      ＞

Tracking History                                            ＞

USPS Tracking Plus®                                        ＞

Product Information                                         ＞

See Less ∧