1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FATEN ANWAR, | CASE NO. C22-1156JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| USPS, | |
| Defendant. | |

15    The following minute order is made by the direction of the court, the Honorable

16  James L. Robart:

17    The court directs Defendant USPS ("USPS") to submit supplemental briefing

18  regarding Plaintiff Faten Anwar's motion to remand (Mot. (Dkt. # 9).)  Specifically,

19  USPS shall address, with citations to authority:  (1) whether Ms. Anwar was required to

20  comply with Federal Rule of Civil Procedure 4(i) when she served Defendant USPS with

21  her notice of small claim in Snohomish County District Court (*see id*. (citing Fed. R. Civ.

22  P. 81(c))); (2) whether USPS was properly served under the applicable rules; and (3)

MINUTE ORDER - 1

1   when, if ever, USPS was properly served.  The supplemental briefing shall be filed no

2   later than October 3, 2022 and shall not exceed three pages in length.

3        Filed and entered this 26th day of September, 2022.

4

5

                    RAVI SUBRAMANIAN
                    Clerk of Court

6

                    s/ Ashleigh Drecktrah
                    Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

MINUTE ORDER - 2